

ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/30/2015 11:31:46 AM
KEITH HOTTLE
CLERK

Kelly P. Rogers
*kelly@rogersmoorelaw.com*

# ROGERS & MOORE, PLLC
*Attorneys & Counselors at Law*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/30/2015 11:31:46 AM
KEITH E. HOTTLE
Clerk

April 30, 2015

Tricia Gaddis
Court Reporter
9380 Braun Rd., #703
San Antonio, TX 78254

Re: *Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend v. John A. Lance and Debra L. Lance,* CV-12-209, 216th District Court, Bandera TX

Dear Ms. Gaddis:

Please prepare a record for the hearing of May 30, 2014 motion for rehearing in the above-referenced case and forward a copy to us as well as the 4th Court of Appeals, please include exhibits if there were any.

Please let us know the fees for preparing and filing the transcript in the 4th Court under appeal number 04-14-00758.

Thank you for your assistance with this matter. Please let me know if you have any questions.

Sincerely,

Kelly P. Rogers

KPR/djr
cc: Cynthia Cox Payne
    4th Court of Appeals
    Ed Hecker

---